AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

~~SEALED~~

| | |
|---|---|
| United States of America<br>v.<br><br>Jatwain Martez Williams<br><br>_Defendant_ | )<br>)  Case No. CR 18-311(4) ADM/LIB<br>)<br>)<br>)<br>) |

US MARSHALS SERVICE ST PAUL MN RECEIVED 2018 DEC 19 A 7:46

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Jatwain Martez Williams,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Conspiracy to Distribute Heroin and Fentanyl 21:841(a)(1), 841(b)(1)(B), and 846
Count 2: Possession with Intent to Distribute Fentanyl 18:2 and 21:841(a)(1) and 841(b)(1)(B)

Date:   12/18/2018

_Issuing officer's signature_ — M. *Giorgini*
Signature of Clerk or Deputy Clerk

City and state:   Minneapolis, MN

Maria Giorgini, Deputy Clerk
_Printed name and title_

---

**Return**

| | |
|---|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____. | |

Date: _____

ARRESTED ON 12/20/18
ARRESTED BY FBI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

_Arresting officer's signature_

_Printed name and title_   SCANNED

DEC 26 2018
KDS
U.S. DISTRICT COURT ST. PAUL