# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: Leo I. Brisbois |
| v. | U.S. Magistrate Judge |
| Jatwain Martez Williams, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 18-cr-311 (ADM/LIB) (4) |
| Date: | February 11, 2019 |
| Court Reporter: | Digital Recording |
| Courthouse: | St. Paul |
| Courtroom: | Devitt |
| Time Commenced: | 2:06 p.m. |
| Time Concluded: | 2:08 p.m. |
| Time in Court: | 2 Minutes |

APPEARANCES:

Plaintiff:     Deidre Y. Aanstad, Assistant U.S. Attorney
Defendant:  Bruce M. Rivers   ☒ CJA Appointed

☒ Reading of Indictment Waived     ☒ Not Guilty Plea Entered

Remarks:

☒ Counsel to be notified of dates by separate Order to be issued.

s/JRG<br>Signature of Law Clerk