# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 18-cr-311(4) ADM/LIB |
| Jatwain Martez Williams, Defendant. | Date: September 5, 2019 |
| | Court Reporter: Maria Weinbeck |
| | Courthouse: Minneapolis |
| | Courtroom: 13W |
| | Time Commenced: 1:40 p.m. |
| | Time Concluded: 1:50 p.m. |
| | Sealed Time in Court: 10 Minutes |

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

   For Plaintiff:    Gina Allery
   For Defendant:  Bruce Rivers  ☒ CJA

☒ **Sentencing.**

IT IS ORDERED:
Defendant is sentenced to:

| Count. No. | Plea | BOP | SR |
|---|---|---|---|
| Two | X | 18 months | 3 years |

☒ Special conditions of :  **See J&C for special conditions**

☒ Defendant sentenced to pay:
    ☒ Special assessment in the amount of $100.

☒ Plea and plea agreement accepted.
☒ Defendant remanded to the custody of the US Marshal
☒ On Motion of the Gov't., the indictment in count 1 is dismissed as to this defendant only.
☒ Doc. No. 209 shall remain sealed for 10 years.
\*\* **Any transcript of this proceeding shall be sealed.**

s/LPH
Courtroom Deputy